KYLE SCHUMACHER (Bar No. 121887)
kschumacher@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
William Walters

# IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| WILLIAM WALTERS , <br><br> Plaintiff, <br><br> v. <br><br> TD BANK USA, N.A. <br><br><br><br> Defendants. | Case No.: 3:18-cv-00897-SI <br><br> NOTICE OF SETTLEMENT WITH DEFENDANT TD BANK USA, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    **PLEASE TAKE NOTICE THAT** plaintiff William Walters and defendant TD Bank USA, N.A., have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing a dismissal within 40 days once the settlement is finalized.

Dated:   August 31, 2018                                              **Sagaria Law, P.C.**
                                                                     /s/ *Kyle Schumacher*
                                                                     Kyle Schumacher
                                                                     Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1